UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOLAN HAWTHORNE, an infant by his natural
Parent and legal guardian, KEITH HAWTHORNE;
& KEITH HAWTHORNE, individually,

                              Plaintiffs,

-against-

COUNTY OF PUTNAM, PUTNAM COUNTY
SHERIFF'S OFFICE, PUTNAM COUNTY
SHERIFF ROBERT L. LANGLEY, DEPUTY
EDWARD KENNEDY, and DEPUTY
CHRISTOPHER TOMPKINS,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2021

No. 18-cv-6892 (NSR)
**ORDER**

---

NELSON S. ROMÁN, United States District Judge:

    Whereas, Defendants County of Putnam, Deputy Edward Kennedy, and Deputy Christopher Tompkins (collectively, "Defendants, by and through their attorneys, Portale Randazzo LLP ("Portale Randazzo"), have requested, pursuant to Local Civil Rule 1.4, that the appearance of Brian J. Dolan, as counsel on Defendants' behalf be terminated;

    Whereas, Portale Randazzo has represented Defendants throughout the pendency of this action and continues to do so; Mr. Dolan appeared in this action while an attorney at Portale Randazzo by filing a Notice of Appearance on June 29, 2021; and Mr. Dolan will no longer be associated with Portale Randazzo as of July 21, 2021, and will no longer represent the Defendants in this matter;

    Whereas, the termination of Mr. Dolan will have no bearing on the posture of this action before the Court;

Therefore, Defendants' motion to terminate Brian J. Dolan as counsel of record is GRANTED.

The Clerk of the Court is directed to terminate the motion at ECF No. 36. The Clerk of the Court is further directed to mail a copy of this Order to pro se Plaintiff at his address listed on ECF and to show proof of service on the docket.

Dated: July 12, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge